# FINDINGS OF FACT ORDER

This document is located in the files of the United States Probation Office for the
District of Oregon
and not available for public inspection.

Clerk, US District Court
District of Oregon