UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          Plaintiff,

v.

TERRY L. NEAL,

          Defendant.

Case No. 3:03-CR-35-HA

ORDER TO TRANSFER FUNDS

      The financial audit of this case disclosed that the defendant made a $240.00 overpayment on the fine ordered in 2008. An attempt was made to refund this overpayment to an address provided by the Financial Litigation Unit. That check was returned to the Clerk's Office with no forwarding address and has been credited back to the case. Research avenues for locating the defendant have been exhausted.

      Accordingly, the Clerk of Court is hereby ordered to transfer monies in the amount of $240.00 to Unclaimed Funds 613300 to be held on behalf of defendant Terry L. Neal.

      IT IS SO ORDERED.

      DATED this 5th day of March, 2014.

                                      ANCER L. HAGGERTY
                                      UNITED STATES DISTRICT JUDGE

1- ORDER